UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA LANDRUA,

    Plaintiff,

v.                                                                 Case No. 6:16-cv-1866-Orl-37DCI

WORLDGATE VACATIONS LLC; and
AD 1 VACATION TEAM, LLC,

    Defendants.
_____

## ORDER

Plaintiff initiated the instant action against Defendants for, *inter alia*, allegedly violating the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1; *see also* Doc. 16.) On April 21, 2017, Plaintiff filed a Notice of Settlement purporting to notify the Court that the parties had settled this action. (Doc. 22 ("**Notice**").)

But under the FLSA, district courts must scrutinize any settlement "for fairness" before entering a stipulated judgment. *See Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1306–07 (11th Cir. 2013); *see also Wolff v. Royal Am. Mgmt., Inc.*, 545 F. App'x 791, 793 (11th Cir. 2013). Specifically, the Court must determine that any settlement "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, on or before Monday, **May 8, 2017**, the parties are **DIRECTED** to file a joint motion for approval of their FLSA settlement agreement.

    **IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 24, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record